**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.N.J.W, <br><br>　　　　　Plaintiff(s), <br><br>　　v. <br><br>I Dig My Dog, et al., <br><br>　　　　　Defendant(s). | Case No. CV-16-9264-R <br><br> **ORDER OF DISMISSAL** <br> **BY LACK OF PROSECUTION** |

　　Plaintiff was ordered to show cause in writing by not later than **August 15, 2017** why this action should not be dismissed for lack of prosecution;

　　WHEREAS, this period has elapsed without any action by plaintiff.

　　The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: September 1, 2017

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE